**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BAUMGART HOLDING COMPANY,

    Plaintiff,

v.                                              CASE NO: 8:08-cv-447-T-26TBM

THE FIRST AMERICAN CORPORATION,

    Defendant.
_____/

**O R D E R**

Upon due consideration of The First American Corporation's First Amended Answer, Affirmative Defenses and Counterclaim to Complaint (Dkt. 23) and Statement of Qualified Non-Opposition to Motion to Dismiss and Motion for More Definite Statement, it is ordered and adjudged that the Motion for More Definite Statement (Dkt. 19) and Motion to Strike Affirmative Defenses (Dkt. 21) are denied as moot.  Baumgart Holding Company and William Baumgart shall file their responses to the amended counterclaim within 10 days of this order.

**DONE AND ORDERED** at Tampa, Florida, on April 28, 2008.

                                          s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA
                                        UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record