## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

BAUMGART HOLDING COMPANY,

     Plaintiff,

v.                              CASE NO: 8:08-cv-447-T-26TBM

FIRST AMERICAN CORPORATION, et al.,

     Defendants.

_____/

## O R D E R

Upon due consideration, it is ordered and adjudged as follows:

1) The Counterclaim Defendants' Motion to Dismiss or Strike (Dkt. 26) is denied. Eleventh Circuit precedent dictates that it is error to dismiss a claim rather than staying it when a court determines it is subject to arbitration. See Bender v. A.G. Edwards & Sons, Inc., 971 F.2d 698, 699 (11th Cir. 1992).

2) The Counterclaim Defendants' Alternative Motion to Compel Arbitration and to Stay (Dkt. 26) is denied without prejudice for failure to comply with the requirements of Local Rule 3.01(g).

3) The attorneys for the parties shall confer *personally* within the next seven (7) days in a good faith effort to resolve the arbitration issue, failing which the Counterclaim Defendants may renew their motion to compel arbitration and to stay the proceedings pending arbitration.

**DONE AND ORDERED** at Tampa, Florida, on May 13, 2008.


                    __s/*Richard A. Lazzara*_____
                    **RICHARD A. LAZZARA**
                    **UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record